```
                                          FILED
                                         FEB 2 5 2008
                                       RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                         E-filing   NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID OROZCO,       Plaintiff, | CV 08 1124 |
| vs. | PRISONER'S |
| IVAN CLAY, Warden; | APPLICATION TO PROCEED |
| JERRY BROWN, Attorney General | IN FORMA PAUPERIS |
| State of California, Defendant. | (PR) |

I, __DAVID OROZCO__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___    Net: ___N/A___

Employer: ___N/A___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I have been incarcerated for the past seven(7) plus years,
5  and I have not been gainfully employed during this time.
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                         Yes ____ No _x_
10         self employment

11     b.   Income from stocks, bonds,                     Yes ____ No _x_
12         or royalties?

13     c.   Rent payments?                                  Yes ____ No _x_

14     d.   Pensions, annuities, or                         Yes ____ No _x_
15         life insurance payments?

16     e.   Federal or State welfare payments,              Yes ____ No _x_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  N/A _____
22  _____

23  3.   Are you married?                                      Yes ____ No _x_
24  Spouse's Full Name: _N/A_____
25  Spouse's Place of Employment: _N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _N/A_____  Net $ _N/A_____
28  4.   a.   List amount you contribute to your spouse's support:$ _N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5  N/A
6  N/A
7  5.  Do you own or are you buying a home?   Yes ___  No _x_
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?   Yes ___  No _x_
10 Make N/A   Year N/A   Model N/A
11 Is it financed? Yes ___ No ___ If so, Total due: $ ___
12 Monthly Payment: $ N/A
13 7.  Do you have a bank account? Yes ___ No _x_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15 ___
16 Present balance(s): $ N/A
17 Do you own any cash? Yes ___ No _x_ Amount: $ N/A
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _x_
20 N/A
21 8.  What are your monthly expenses?
22 Rent: $ N/A   Utilities: N/A
23 Food: $ N/A   Clothing: N/A
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3 N/A                    N/A
4 N/A                    N/A
5 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?  Yes ____  No _x_
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 N/A
10 N/A
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _2/6/08_                    _David Orozco_
17      DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 4 -