UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

FILED
08 APR 11 PM 2:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1124

_____,
                    Plaintiff,

vs.

_____,
                    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, DAVID OROZCO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X  INCARCERATED

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                              Net: N/A

Employer: N/A

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  IMPRISONED. LAST PLACE OF EMPLOYMENT: I.R.E. (2000) $400 MONTHLY
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                    Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                             Yes ___ No _X_
14     d.   Pensions, annuities, or                    Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21              N/A
22 _____
23 3.   Are you married?                               Yes ___ No _X_
24 Spouse's Full Name: N/A
25 Spouse's Place of Employment: N/A
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ N/A                    Net $ N/A
28 4.   a.   List amount you contribute to your spouse's support: $ N/A

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NOBODY

_____

5. Do you own or are you buying a home?   Yes ____ No X

Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes ____ No X

Make N/A    Year N/A    Model N/A

Is it financed? Yes ____ No ____ If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account?  Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

_____

Present balance(s): $ N/A

Do you own any cash? Yes ____ No X    Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No X

N/A

8. What are your monthly expenses?

Rent: $ N/A    Utilities: N/A

Food: $ N/A    Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

RESTITUTION

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

APRIL 2, 2008                              David Ocozco

DATE                                       SIGNATURE OF APPLICANT

Case Number: CV 08 1124

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  DAVID  OROZCO  for the last six months
[prisoner name]
 SIERRA  CONCERVATION  CAMP  where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 50.66  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 213.25 .

Dated: 4/7/08

[Authorized officer of the institution]

- 5 -

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  Orozco, David
     (Last)     (First)     (Initial)

Prisoner Number  CDC# T25768

Institutional Address  Sierra Conservation Center, 5150 O'Brynes Ferry Road; Jamestown, CA 95327

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID OROZCO

(Enter the full name of plaintiff in this action.)

vs.

IVAN CLAY, Warden, Sierra Conservation Center;

JERRY BROWN, et. als., Attorney General, State of California.

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 1124
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

E-filing

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS      - 1 -

**STATE OF CALIFORNIA**                             *Department of Corrections and Rehabilitation*

MEMORANDUM

DATE:     April 1, 2008

TO:       David Orozco - T25768

FROM:     Sierra Conservation Center, Jamestown, Ca 95327

SUBJECT:  **SCC - INFORMAL APPEAL - CERTIFIED STATEMENT – COURT FILING FEE**


**Appeal Decision**:    **GRANTED**

**Appeal Issue**: You requested that Sierra Conservation Center's (SCC) Trust Accounting Office provide you with a certified copy of your account activity for the last six months and you're your Trust Withdrawal Order to pay a $5.00 filing fee to the court be honored.

**Appeal Response**:    Attached for your information is a certified statement of account activity and record of the $5.00 filing fee withdrawal for the court on March 26, 2008.

Based on your request and the attached document, your appeal is granted in full.

JENNIFER CLARDY
Account Representative

```
REPORT ID: TS3030  .701                                                      REPORT DATE: 04/01/08
                                                                             PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SIERRA CONSERVATION CENTER
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2007 THRU APR. 01, 2008

ACCOUNT NUMBER : T25768                    BED/CELL NUMBER: NAF 6800000010L
ACCOUNT NAME   : OROZCO, DAVID HENRY       ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                 TRUST ACCOUNT ACTIVITY

 TRAN
DATE  CODE  DESCRIPTION        COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------        -------     ---------  --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                                    0.00

       ACTIVITY FOR 2008
01/17  DI20  TRUST FUNDS T      2054 PVSP               273.39                  273.39
01/18  FC02  BRAN-FAC 2         2066MAR3RD                             50.00    223.39
02/04  UB54  INMATE PAYROL      222JAN08                   2.97                  226.36
02/11  W536  COPWY CHARGE       2299 2/8                              5.00      221.36
02/13  DD30  CASH DEPOSIT       222ZURL#06                22.50                  243.86
02/15  FC02  BRAN-FAC 2         2364MAR3RD                            30.00      213.86
02/19  W501  SHIPPING CHAR      2382 DBL                              5.75       208.11
02/03  UB54  INMATE PAYROL      2515FEB08                  5.13                  213.24
03/26  W537  FILING FEE CN      2792 STATE                            5.00       208.24


                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/03/01                   CASE NUMBER: *N29336
COUNTY CODE   : *ALA                       FINE AMOUNT: $ 27,734.49

 DATE   TRANS.  DESCRIPTION                            TRANS. AMT.      BALANCE
 ----   ------  -----------                            -----------      -------

10/01/2007      BEGINNING BALANCE                                       26,670.19

12/28/07  SU01  SYS TRNSF - POS                           112.50-      26,557.69
01/04/08  SU03  SYS UPDATE - POS                            7.50-      26,550.19
02/04/08  UR54  RESTITUTION DEDUCTION-SUPPORT               3.30-      26,546.89
02/11/08  BK30  REST BED-CASH DEPOSIT                      25.00-      26,521.89
03/03/08  UR54  RESTITUTION DEDUCTION-SUPPORT               5.70-      26,516.19


 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

AVERAGE MONTHLY
ENDING BALANCE
= $213.25

R.T.

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
                      TRUST OFFICE
BY [signature]

ORIGINAL FILED

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number CV 08 1124 CRB (PR) E-filing

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

OROZCO

DAVID OROZCO T-25768
MAR. 68.10
5150 O'BYRNES FERRY RD.
JAMESTOWN, CA 95327

State Corrections
Generated Mail



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES